IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: ] | CHAPTER 11 |
| MULLIS GARAGE & AUTO PARTS, LLC, ] | |
| ] | CASE NO. 15- 30116 |
| DEBTOR. ] | |

## APPLICATION TO EMPLOY ATTORNEYS

The application of MULLIS GARAGE & AUTO PARTS, LLC respectfully represents:

1.

That on or about the May 1, 2015, Debtor filed a Petition herein under Chapter 11 of the United States Bankruptcy Code.

2.

Your applicant has continued in possession of his property and your applicant as Debtor-in-Possession is now operating his business and managing his property.

3.

In the continuance of applicant's business and pending proceedings in this Court, it will be necessary for various professional services to be rendered for which it is necessary to retain attorneys, among the services below:

(a) To give the Debtor legal advice with respect to the powers and duties as Debtor-In-Possession and with respect to the continued operation of his business and the management of his property;

(b) To prepare, on behalf of applicants as Debtor-In-Possession, necessary applications, answers, reports and other legal papers;

(c) To prepare pleadings and applications and to conduct examinations incidental to the administration of applicants estate;

(d) To take any and all necessary action instant to the proper preservation and administration of the estate;

(e) To assist the Debtor-In-Possession with the preparation and filing of a Statement of Affairs and Schedules as appropriate; and

(f) To perform all other legal services for applicants as Debtor-In-Possession which may be necessary herein; and it is necessary for Debtor-In-Possession to employ attorneys for such professional services.

4.

Applicant, as Debtor-In-Possession, wish to employ the law firm of MERRILL & STONE, LLC, of Swainsboro, Georgia, as attorneys in these proceedings as of the date of filing.

5.

Members of the law firm, JESSE C. STONE and JON A. LEVIS, have been admitted to practice in this Court, have knowledge and experience in bankruptcy practice, and are well qualified to represent applicants.

6.

To the best of applicant knowledge, neither JESSE C. STONE nor JON A. LEVIS, have no connection with Debtor's creditors, or any other party in interest or its respective attorneys, except as set forth in their respective affidavit, if any, attached hereto and incorporated herein by this reference.

7.

Applicant desire to employ MERRILL & STONE, LLC under general retainer because of the extensive legal services required on behalf of applicant.

**WHEREFORE**, applicant pray that they be authorized to employ and appoint the law firm of MERRILL & STONE, LLC and its members, JESSE C. STONE and JON A. LEVIS under a general retainer to represent them as Debtor-In-Possession in this proceeding under Chapter 11 of the United States Bankruptcy Code, nunc pro tunc from May 1, 2015, and that they have such other further relief as is just and proper.

**MERRILL & STONE, LLC**

_____
JON A. LEVIS
ATTORNEY FOR DEBTOR
GEORGIA BAR NO: 448848

LAW OFFICES:

MERRILL & STONE, LLC
SECOND FLOOR - MITCHELL BUILDING
101 SOUTH MAIN STREET
POST OFFICE BOX 129
SWAINSBORO, GA 30401
(478)237-7029
(478)237-9211 – FAX
E-MAIL: levis@merrillstone.com

# VERIFICATION

GEORGIA, EMANUEL COUNTY

I, DAVID L. MULLIS do hereby swear that the statements contained in the annexed Application are true according to the best of our knowledge, information and belief.

THIS the **1st.** day of **May**, 2015.

MULLIS GARAGE & AUTO PARTS, LLC

_____
DAVID L. MULLIS

Sworn to and subscribed to before me
This **1st** Day of **May**, 2015.

_____
NOTARY PUBLIC
My commission expires: **7-30-15**

[Notary Seal: ROXANNE T. DAVIS, NOTARY PUBLIC, EMANUEL COUNTY, GEORGIA, My Comm. Expires July 30, 2015]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| MULLIS GARAGE & AUTO PARTS, LLC, | CASE NO. 15- 30116 |
| DEBTOR. | |

## AFFIDAVIT OF PROPOSED ATTORNEYS

STATE OF GEORGIA
COUNTY OF EMANUEL

Personally appeared before the undersigned attesting authority authorized by law to administer oaths, JON A. LEVIS, who, after being first duly sworn, deposes and says as follows:

1.

JON A. LEVIS is a member of MERRILL & STONE, LLC, a law firm; JON A. LEVIS under the laws of the State of Georgia is authorized on behalf of said law firm to make this Affidavit; and that this Affidavit is made upon his personal knowledge.

2.

JON A. LEVIS is a member of MERRILL & STONE, LLC, is an attorney and counselor at law, fully admitted to practice in the State of Georgia and has been admitted to practice in this Court. MERRILL & STONE, LLC employs the following attorneys, to-wit: JESSE C. STONE and JON A. LEVIS, and maintains offices at Second Floor - Mitchell Building, 101 South Main Street, Swainsboro, Georgia 30401.

3.

JON A. LEVIS has counseled with the Debtors in preparation for instituting Chapter 11 proceedings.

4.

To the best of affiant's knowledge, neither JON A. LEVIS nor MERRILL & STONE, LLC has had any relation with the Debtor(s) other than its pre-petition connection with the Debtor, connection with Debtor's attorney(s) or accountant(s), creditor(s), creditor's attorney(s) or accountant(s), or any other parties in interest, parties in interest's attorney(s) or accountant(s) the United States Trustee or persons employed by the United States Trustee's office in connection with the Chapter 11 proceeding filed by the Debtor.

5.

No member of MERRILL & STONE, LLC, has represented the creditors of the above-named debtors, in actions against them or any other party in interest herein, or their respective attorneys, except as specifically set forth in the immediately preceding paragraph.

6.

That the charges for the services of MERRILL & STONE, LLC, to the Debtor-In-Possession will be charged at the rate of $285.00 per hour or such other rate allowed by the Court plus out of pocket costs with all fees and costs of the bankruptcy estate conditioned upon allowance by the Court.

7.

To the best of Affiant's knowledge, information and belief, no attorney employed by MERRILL & STONE, LLC, holds or represents an interest adverse to MULLIS GARAGE & AUTO PARTS, LLC, this bankruptcy estate, or MULLIS GARAGE & AUTO PARTS, LLC as Debtors-In-Possession in the matters upon which it is to be engaged and is a disinterested person.

JON A. LEVIS
ATTONREY FOR DEBTOR
GEORGIA BAR NO: 448848

Sworn to and subscribed to before me this 1st Day of May, 2015.

NOTARY PUBLIC
My commission expires: 7-30-15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

IN RE:                                                ] CHAPTER 11
MULLIS GARAGE & AUTO PARTS, LLC,                      ] CASE NO. 15-30116
                          DEBTOR.                     ]

AFFIDAVIT OF PROPOSED ATTORNEYS

STATE OF GEORGIA
COUNTY OF EMANUEL

Personally appeared before the undersigned attesting authority authorized by law to administer oaths, JESSE C. STONE, who, after being first duly sworn, deposes and says as follows:

1.

JESSE C. STONE is a member of MERRILL & STONE, LLC, a law firm; JESSE C. STONE under the laws of the State of Georgia is authorized on behalf of said law firm to make this Affidavit; and that this Affidavit is made upon his personal knowledge.

2.

JESSE C. STONE is a member of MERRILL & STONE, LLC, is an attorney and counselor at law, fully admitted to practice in the State of Georgia and has been admitted to practice in this Court. MERRILL & STONE, LLC employs the following attorneys, to-wit: JESSE C. STONE and JON A. LEVIS, and maintains offices at Second Floor - Mitchell Building, 101 South Main Street, Swainsboro, Georgia 30401.

3.

JESSE C. STONE has counseled with the Debtors in preparation for instituting Chapter 11 proceedings.

4.

To the best of affiant's knowledge, neither JESSE C. STONE nor MERRILL & STONE, LLC has had any relation with the Debtor(s) other than its pre-petition connection with the Debtor, connection with Debtor's attorney(s) or accountant(s), creditor(s), creditor's attorney(s) or accountant(s), or any other parties in interest, parties in interest's attorney(s) or accountant(s) the United States Trustee or persons employed by the United

States Trustee's office in connection with the Chapter 11 proceeding filed by the Debtor.

5.

No member of MERRILL & STONE, LLC, has represented the creditors of the above-named debtors, in actions against them or any other party in interest herein, or their respective attorneys, except as specifically set forth in the immediately preceding paragraph.

6.

That the charges for the services of MERRILL & STONE, LLC, to the Debtor-In-Possession will be charged at the rate of $285.00 per hour or such other rate allowed by the Court plus out of pocket costs with all fees and costs of the bankruptcy estate conditioned upon allowance by the Court.

7.

To the best of Affiant's knowledge, information and belief, no attorney employed by MERRILL & STONE, LLC, holds or represents an interest adverse to MULLIS GARAGE & AUTO PARTS, LLC, this bankruptcy estate, or MULLIS GARAGE & AUTO PARTS, LLC as Debtors-In-Possession in the matters upon which it is to be engaged and is a disinterested person.

JESSE C. STONE
ATTONREY FOR DEBTOR
GEORGIA BAR NO: 684325

Sworn to and subscribed to before me this _____ Day of _____, 2015.

NOTARY PUBLIC
My commission expires: 7-30-15

GEORGIA, EMANUEL COUNTY

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **APPLICATION BY DEBTOR-IN-POSSESSION TO EMPLOY ATTORNEYS** upon:

Matthew E. Mills, Esq.
Office of the U.S. Trustee
Johnson Square Business Center
2 East Bryan Street, Suite 725
Savannah, GA  31401

by email and/or placing a copy of the same in the United States Mail with adequate postage affixed thereto.

This the 1st day of May, 2015.

MERRILL & STONE, LLC

JON A. LEVIS
ATTORNEY FOR DEBTOR
GEORGIA BAR NO. 448848

LAW OFFICES:

MERRILL & STONE, LLC
SECOND FLOOR - MITCHELL BUILDING
POST OFFICE BOX 129
SWAINSBORO, GA  30401
(478)237-7029
(478) 237-9211 FAX