IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: ] | |
| ] | |
| MULLIS GARAGE & AUTO PARTS, LLC, ] | CHAPTER 11 |
| ] | CASE NO: 15-30116-SDB |
| DEBTOR. ] | |

**EMANUEL COUNTY, GEORGIA**

## CERTIFICATE OF SERVICE

I, Roxanne T. Davis, Paralegal, of the firm of Merrill & Stone, Attorneys at Law, Post Office Box 129, Swainsboro, Georgia 30401, do hereby certify that I have served a copy of the within and foregoing **NOTICE OF EXPEDITED HEARINGS and COPY OF MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTOR TO OBTAIN POSTPETITION FINANCING PURSUANT TO 11 U.S.C. SECTION 105, 361, 362, 364(b) AND (II) GRANTING RELATED RELIEF and COPY OF MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND GRANT REPLACEMENT LIEN** upon:

SEE MATRIX ATTACHED HERETO

by fax, e-file and/or mailing a copy through the United States mail with sufficient postage attached thereto to assure delivery.

**THIS** the 1st day of May, 2015.

**MERRILL & STONE**, LLC


By: ____s/Roxanne T. Davis_____
ROXANNE T. DAVIS, Paralegal


LAW OFFICES:

MERRILL & STONE, LLC
POST OFFICE BOX 129
SWAINSBORO, GA  30401
(478)237-7029
(478)237-9211 - FAX

Edward B. Claxton, III, Esq. via fax 478-272-4225
Attorney for Morris Bank

Joshua E. Kight, Esq. via fax 478-275-0631
Attorney for Morris Bank

Office of the U.S. Trustee via fax 912-652-4123

Mr. Lucas Cowart
Morris State Bank
Post Office Box 520
Dublin, GA  31040