UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-30116-SDB |
| MULLIS GARAGE & AUTO ) | |
| PARTS, LLC, dba MULLIS ) | Chapter 11 |
| METAL AND RECYCLING, DBA ) | |
| JA MULLIS AUTO PARTS, DBA ) | |
| MULLIS GARAGE & AUTO ) | |
| PARTS, DBA MULLIS USED ) | |
| CARS ) | |
| ) | |
| Debtor. ) | |
| ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

COMES NOW, EDWARD B. CLAXTON, III, and files this Entry of Appearance to show that I, Edward B. Claxton, III, P. O. Box 16459, Dublin, Georgia 31040, Telephone: (478) 272-9965, am designated as counsel for Morris Bank and respectfully request that the court send copies of any documents or pleadings filed in this case to him.

/s/ Edward B. Claxton III
State Bar No. 129151
Attorney for Morris Bank

Edward B. Claxton III, LLC
P.O. Box 16459
Dublin, GA 31040
(478) 272-9965
(478) 272-4225 (fax)

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day served the Notice of Appearance by electronic filing to: Office of the U.S. Trustee, Johnson Square Business Center, 2 East Bryan Street, Suite 725, Savannah, GA 31401 and to Debtor's Attorney, Mr. Jon A. Levis, Merrill & Stone, LLC, P.O. Box 129, Swainsboro, GA 30401, and by U.S. Mail to: Mullis Garage & Auto Parts, et al. LLC, P.O. Box 57, Dublin, GA 31040 , on this 7th day of May, 2015.

                                                  */s/ Edward B. Claxton III*
                                                  Edward B. Claxton III
                                                  State Bar #129151

Edward B. Claxton III, LLC
P.O. Box 16459
Dublin, GA 31040
(478) 272-9965
(478) 272-4225 (fax)